THOMAS PRICE, APPELLANT, V. BUCK & GREENWOOD, APPELLEES.

A Verdict or finding will not be set aside as being against the weight of evidence unless it is clearly wrong.

APPEAL from the district court of Lancaster county. Heard below before POUND, J.

*N. C. Abbott,* for appellant.

*Samuel J. Tuttle,* for appellees.

MAXWELL, J.

This is an action in equity for an accounting. It is alleged in the petition that in the year 1878 the plaintiff and defendants entered into partnership "for the purpose of purchasing certain pieces and parcels of land and the timber then standing and growing thereon, in Franklin county, state of Nebraska, and for converting said timber into railroad ties, lumber, and wood, and disposing of the same to the best advantage;" that in pursuance of said object said firm "purchased several lots and pieces of land and the timber standing and growing on certain other pieces and parcels of land, being on sec. 16, town one, range 16 west, in Franklin county," etc. It is also alleged that the timber was cut and disposed of and a large amount of the money arising therefrom retained by the defendants. The defendants answered admitting the partnership, the purchase of the timber and the conversion of the same into ties, etc., and also pray for an accounting. The cause was referred to a referee, who found as follows:

That the plaintiff, Price, had put into the business of said firm the following sums, to-wit:

To the purchase of the timber land...............$ · 257.00
To laborers, teams, and supplies....................· 845.88

                                           $1,102.88

That the defendants, Buck and Greenwood, had put in the following sums, to-wit:

For sawing lumber...................................$  500.00
For purchase of timber land........................  232.00
For hauling, per account of Jack Felters.........   56.05
For piling wood.....................................    7.00
For cash paid divers other laborers................   45.51
For goods, wares, and merchandise furnished to
    Price, less cash paid thereon, etc..............  575.48

                                           $1,416.54

That the plaintiff has received out of said co-partnership business the sum of $1,392.00, and that the defendants have received the sum of $1,294.64, being $55.32 more than their share of the gross receipts; that the defendants have paid into the partnership the sum of $157.33 more than one-half of the gross amount contributed. The referee therefore deducted the sum of $55.32 from $157.33, leaving the sum of $102.01 due the defendants. Exceptions were filed to the report, which were overruled and a decree rendered confirming it. The plaintiff appeals to this court.

No question of law arises in the case, the principal one being as to the weight of testimony. The testimony is conflicting, and it would subserve no good purpose to review it at length. A verdict or finding will not be set aside unless clearly wrong, but in our opinion this is fully sustained by the evidence. The judgment is affirmed.

JUDGMENT AFFIRMED.

THE other judges concur.